UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PATRICIA WEISS,

                      Plaintiff,            Civil Action No.

                                      AFFIDAVIT IN SUPPORT
   -against-                         OF APPLICATION TO
                                      PROCEED *IN FORMA PAUPERIS*

EASTCHESTER HOUSING CHOICE
VOUCHER PROGRAM, and
KAREN GIZZO, Administrator of
Housing, for the Eastchester Housing
Choice Voucher Program,

                      Defendants
-----------------------------------------------------------------x
STATE OF NEW YORK      )
COUNT OF WESTCHESTER  ) ss:

    PATRICIA WEISS, being duly sworn deposes and says:

1. I am the plaintiff in the above-entitled action. The issues I want to present to the Court are violations of my rights under federal regulations and the due process clause.

2. I state that, because of my poverty, I am unable to pay fees and the costs of this action or to give security.

3. I swear that the responses which I have made to these questions below, relating to my ability to pay cost of prosecuting this action, are true:

1. Are you currently employed? No

2. Within the past twelve months, have you received income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or public assistance, or any other sources? Yes. My sole source of income is from a federal entitlement program in which I receive $408.00 per month.

3. Do you have a checking or savings account? Yes. I have approximately $200.00 in this account.

4. Do you own real estate, stocks bonds, notes or other valuable property (excluding ordinary household furnishings and clothing)? No

5. List the persons who are dependent upon you for support and state your relationship to those persons. None.

6. I am responsible for paying $231.00 towards my rent each month. However, the Westchester County of Social Services pays this amount on my behalf directly to my landlord.

I understand that a false statement or answer to any questions in this affidavit will subject me to the penalties of perjury. I declare the foregoing to be true and correct. I have made no prior application for the relief requested.

*Patricia Weiss*
PATRICIA WEISS

Sworn to before me this 27th Day of August, 2008

_____
Notary Public

BRENDAN J. NEWCOMB, ESQ.
Notary Public, State of New York
No. 02NE6010525
Qualified in Westchester County
Commission Expires JULY 20, 2010

Date: 9/2/08
White Plains, NY

Application granted.
So Ordered:

*Cathy Seibel*
U.S.D.J.

2